IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ROBERT EARL HUGHES, #114579**  **PLAINTIFF**

**v.**  **CIVIL ACTION NO. 3:13-CV-139-CWR-LRA**

**CHRISTOPHER EPPS**  **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

The above-styled matter is before the Court on the Report and Recommendation of Magistrate Judge Keith Ball. Docket No. 8. On September 4, 2013, Judge Ball recommended that Plaintiff's habeas petition be dismissed with prejudice. Pursuant to 28 U.S.C. 636(b)(1) and Fed. R. Civ. P. 72(b) and Rule 72(a)(3) of the *Local Uniform Civil Rules of the United States District Court for the Northern District of Mississippi and the Southern District of Mississippi*, a party must file any written objections to a Report and Recommendation within 14 days. That period has expired, and neither party has voiced any objection.

The findings of fact and conclusions of law contained within the Report and Recommendation are, therefore, adopted fully herein by reference, and the Plaintiff's petition is hereby dismissed with prejudice. A Final Judgment will be entered in accordance with this Order.

**SO ORDERED**, this the 30th day of September, 2013.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE